UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON SPECIALTY CARE
DISTRIBUTION JOINT VENTURE, L.P., a
Delaware Corporation, f/k/a *Oncology
Therapeutics Network Joint Venture, L.P.*,

    Plaintiff,

v.                           Case No. 8:09-cv-1094-T-30TGW

FLORIDA MEDICAL SPECIALISTS, LLC,
d/b/a *Cancer Center of Sarasota*, a Florida
Corporation; and NEIL BEDI, Individually,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #5). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1094.dismissal 5.wpd